JULIA D. GREER (State Bar No. 200479)
LAUREN S. KOWAL (State Bar No. 224976)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:   415.989.1663
Email:   ef-jdg@cpdb.com
         ef-lsk@cpdb.com

SIMON R. MALKO (*pro hac vice pending*)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Telephone:  404.233.7000
Facsimile:   404.365.9532
Email:   sxm@mmmlaw.com

Attorneys for Defendant
STONEBRANCH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICENOW, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STONEBRANCH, INC., a Georgia Corporation, and DOES 1-5,<br><br>　　　　　　Defendants. | Case No. 3:13-cv-04243-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO HAVE PENDING MOTIONS HEARD ON THE SAME DATE**<br><br>Judge:　　　Hon. Richard Seeborg<br>Crtrm.:　　　Three<br><br>Case filed:　September 12, 2013<br>Trial Date:　None Set |

15393.001 2644454v1                                                                                                     3:13-cv-04243-RS

STIPULATION AND [PROPOSED] ORDER RE: HEARING DATES

1  Plaintiff ServiceNow, Inc. ("ServiceNow") and Defendant Stonebranch, Inc.
2  ("Stonebranch") submit the following Stipulation for the Court's consideration:
3  WHEREAS, on October 14, 2013, Stonebranch filed a Motion to Dismiss this matter in its
4  entirety for lack of personal jurisdiction (Dkt. No. 16), which will be fully briefed as of November
5  4, 2013;
6  WHEREAS, Stonebranch's Motion to Dismiss is presently set for hearing before this
7  Court on December 12, 2013;
8  WHEREAS, on October 18, 2013 ServiceNow filed a Motion for Preliminary Injunction in
9  this matter (Dkt. No. 18-3), which will be fully briefed as of November 7, 2013;
10  WHEREAS, ServiceNow's Motion for Preliminary Injunction is presently set for hearing
11  in this Court on November 21, 2013;
12  WHEREAS, lead trial counsel for Stonebranch is located in Atlanta, Georgia, and must
13  travel to attend the hearings in this case;
14  WHEREAS, the parties agree that the Court should decide the issue of jurisdiction
15  concomitantly or in advance of the question of whether injunctive relief is warranted;
16  WHEREAS, the parties agree that by opposing ServiceNow's Motion for Preliminary
17  Injunction and submitting this Stipulation, Stonebranch has not and will not waive its arguments
18  with respect to personal jurisdiction;
19  THEREFORE, the parties believe that both Stonebranch's pending Motion to Dismiss and
20  ServiceNow's pending Motion for Preliminary Injunction should be heard on the same date,
21  November 21, 2013, or on the first hearing date thereafter acceptable to the Court and the parties.
22  **IT IS SO STIPULATED**.

DATED: November 4, 2013         COBLENTZ PATCH DUFFY & BASS LLP

By:      /s/ Julia D. Greer
         JULIA D. GREER
         Attorneys for Defendant
         STONEBRANCH, INC.

1  DATED: November 4, 2013          FENWICK & WEST LLP

2

3                                   By:    /s/ Ilana S. Rubel
4                                        ILANA S. RUBEL
                                         Attorneys for Plaintiff
5                                        SERVICENOW, INC.

6

7     **IT IS SO ORDERED**.

8  DATED:  ___November 4___, 2013

9

10                                   _____
                                     Hon. Richard Seeborg
11                                   United States District Court Judge

COBLENTZ PATCH DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663