UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICENOW, INC.,

    Plaintiff,

v.

STONEBRANCH, INC.,

    Defendant.

Case No. 13-cv-04243-VC

**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

The Court DENIES the parties' Administrative Motions to File Under Seal (Docket Nos. 18, 19, 20, 25) without prejudice. The parties have not made a "particularized showing under the good cause standard" or presented "compelling reasons supported by specific factual findings" to justify filing the materials at issue under seal. Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1178-80 (9th Cir. 2006) (internal quotations and citations omitted). "[G]eneral claims of competitive harm and privacy without any particularized showing that specific prejudice or harm will result with the disclosure" are insufficient. Martin v. Wells Fargo Bank, 2013 WL 5441973, at *3 (N.D. Cal. Sept. 30, 2013) (internal quotations omitted).

The motions are denied without prejudice. If the parties wish to refile their motions, they must do so on or before **May 22, 2014**.

**IT IS SO ORDERED.**

Dated: May 1, 2014

_____
VINCE CHHABRIA
United States District Judge